IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:12CR417** |
| vs. | | |
| KEVIN CAVE, | | **ORDER** |
| Defendant. | | |

Before the court is the Request for Transcript by a Nonparty, Filing No. 54.  After considering the matter,

IT IS ORDERED:

1.      The Request for Transcript (Filing No. 54) is granted, as outlined below.

2.      The nonparty petitioner must contact court reporter Rogene Schroder at (402) 661-7383 to make arrangements for the preparation and payment of the transcript.

3.      The Clerk's Office is ordered to mail a copy of this order to the nonparty's address pursuant to Filing No. 54.

Dated this 25th day of November, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge