IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12CR417 |
| vs. | |
| KEVIN CAVE, | ORDER |
| Defendant. | |

This matter comes before the Court on defendant Kevin Cave's motion for return of fine and special assessment on vacated judgment. Filing No. 63. On February 4, 2022, the Court granted Cave's petition for writ of error coram nobis, Filing No. 60, and vacated the previously entered judgment, Filing No. 50. Filing No. 62 at 3. In light of that ruling, Cave is entitled to a refund of the previously assessed fine and special-assessment fee. The Government does not oppose Cave's motion for return of fine and special assessment. Filing No. 64 at 1.

THEREFORE, IT IS ORDERED:

1. Defendant Kevin Cave's motion for return of fine and special assessment on vacated judgment, Filing No. 63, is granted; and

2. The Clerk of the Court shall refund the fine of $8,000 and the special assessment of $100 to the defendant, Kevin Cave, c/o his attorney, Jerry M. Hug, Hug Jacobs Law Firm, 209 South 19th Street Suite 323, Omaha, Nebraska 68102.

Dated this 28th day of April, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge